**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)*  25-02821                Chapter    11

☒ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Independent MedEquip, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3106994 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1201 3rd Avenue North <br> Birmingham, AL 35203 <br> Number, Street, City, State & ZIP Code | P.O. Box 550309 <br> Birmingham, AL 35255-0309 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Jefferson <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Case 25-02821-TOM11   Doc 20   Filed 11/14/25   Entered 11/14/25 15:13:00   Desc
Main Document      Page 1 of 31

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ___5322___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 25-02821-TOM11    Doc 20    Filed 11/25/25    Entered 11/14/25 15:13:00    Desc
Main Document    Page 2 of 31

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 – $50,000
☐ $50,001 – $100,000
☐ $100,001 – $500,000
☐ $500,001 – $1 million

☐ $1,000,001 – $10 million
☐ $10,000,001 – $50 million
☐ $50,000,001 – $100 million
☐ $100,000,001 – $500 million

☐ $500,000,001 – $1 billion
☐ $1,000,000,001 – $10 billion
☐ $10,000,000,001 – $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 – $50,000
☐ $50,001 – $100,000
☐ $100,001 – $500,000
☐ $500,001 – $1 million

☒ $1,000,001 – $10 million
☐ $10,000,001 – $50 million
☐ $50,000,001 – $100 million
☐ $100,000,001 – $500 million

☐ $500,000,001 – $1 billion
☐ $1,000,000,001 – $10 billion
☐ $10,000,000,001 – $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>November 14, 2025</u>
            MM / DD / YYYY

**X** <u>/s/ Lonnie Dorcey</u>            <u>Lonnie Dorcey</u>
Signature of authorized representative of debtor      Printed name

Title    <u>President/CEO</u>

**18. Signature of attorney**

**X** <u>/s/ Stuart Memory</u>        Date <u>November 14, 2025</u>
Signature of attorney for debtor              MM / DD / YYYY

<u>Stuart Memory ASB-2214-Y36V</u>
Printed name

<u>Memory Memory and Causby LLP</u>
Firm name

<u>469 S McDonough Street</u>
<u>Montgomery, AL 36104</u>
Number, Street, City, State & ZIP Code

Contact phone    <u>(334) 834-8000</u>     Email address    <u>smemory@memorylegal.com</u>

<u>ASB-2214-Y36V AL</u>
Bar number and State

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number (*if known*) _____25-02821_____    Chapter ___11___

☒ Check if this is an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | Central Mobility and Rehab Equipment LLC | Relationship to you | Subsidiary |
|---|---|---|---|
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02831 |
| Debtor | Cloud City Medical LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02829 |
| Debtor | Georgia Medical Supply of Richland LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02832 |
| Debtor | iMedEquip, LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02823 |
| Debtor | Independent Offices LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02826 |
| Debtor | Life Medical Supply LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02835 |
| Debtor | LifeAid Medical Equipment LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02834 |
| Debtor | MedAlliance LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02827 |
| Debtor | Physician's Choice Medical LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02830 |
| Debtor | Viking Medical Supply LLC | Relationship to you | Subsidiary |
| District | Northern District of Alabama    When   9/18/25 | Case number, if known | 25-02824 |

Fill in this information to identify the case:

Debtor name    Independent MedEquip, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    25-02821

☒ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 14, 2025     **X** /s/   Lonnie Dorcey
                                               Signature of individual signing on behalf of debtor

                                               Lonnie Dorcey
                                               Printed name

                                               President/CEO
                                               Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Independent MedEquip, LLC |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | 25-02821 |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Corporation Service Company P.O. Box 2576 Springfield, IL 62708 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |
| Corporation Service Company P.O. Box 2576 Springfield, IL 62708 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |
| Global Merchant Cash, Inc. 64 Beaver Street New York, NY 10004 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |
| IOU Financial Inc. 600 TownPark Lane Suite 100 Kennesaw, GA 30144 | | | | | | $326,875.49 |
| Prime Alliance Bank, Inc. 1868 South 500 West Woods Cross, UT 84087 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |
| VGM Financial Services 1111 West San Marnan Drive, Suite A2 West Waterloo, IA 50701 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |
| VGM Financial Services 11100 Wayzata Boulevard, Suite 700 Minnetonka, MN 55305 | | | Contingent Disputed | Unknown | $0.00 | $0.00 |

| Fill in this information to identify the case: |

Debtor name    Independent MedEquip, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    25-02821

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |

**1.**    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................    $ _____ 0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $ _____ 0.00

| Part 2: | Summary of Liabilities |

**2.**    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 5,106,136.17

**3.**    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 345,945.22

**4.**    **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b       $ _____ 5,452,081.39

Debtor name    Independent MedEquip, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    25-02821

☒ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                    % of ownership | | |
| 15.1.  Membership interest in iMedEquip, LLC          98        % | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 15.2. | Membership interest in Viking Medical Supply, LLC | 100 | % | $0.00 |
| 15.3. | Membership interest in Independent Offices, LLC | 100 | % | $0.00 |
| 15.4. | Membership interest in MedAlliance, LLC | 100 | % | $0.00 |
| 15.5. | Membership interest in Cloud City Medical, LLC | 100 | % | $0.00 |
| 15.6. | Membership interest in Physician's Choice Medical, LLC | 100 | % | $0.00 |
| 15.7. | Membership interest in Central Mobility and Rehab Equipment, LLC | 100 | % | $0.00 |
| 15.8. | Membership interest in Georgia Medical Supply of Richland, LLC | 100 | % | $0.00 |
| 15.9. | Membership interest in LifeAid Medical Equipment, LLC | 100 | % | $0.00 |
| 15.10. | Membership interest in Life Medical Supply, LLC | 100 | % | $0.00 |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**
$0.00

Add lines 14 through 16.   Copy the total to line 83.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|------------------------------------|

| 71. | **Notes receivable**<br>Description (include name of obligor)<br>Net receivable from intercompany transfers owed by iMedEquip, LLC | 2,326,875.49<br>Total face amount | - | 2,326,875.49<br>doubtful or uncollectible amount | = | $0.00 |
|-----|------|------|---|------|---|------|

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
|-----|------|

| 73. | **Interests in insurance policies or annuities** |
|-----|------|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|-----|------|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|-----|------|

| 76. | **Trusts, equitable or future interests in property** |
|-----|------|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|-----|------|

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
|-----|------|------|

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | CAABE IMED Holdings, LLC | | $2,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

325 Cocohatchee Boulevard
Naples, FL 34110

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Cadence Bank | | $3,106,129.17 | $0.00 |
|---|---|---|---|---|

Creditor's Name
2100 3rd Avenue North, Suite 100
Birmingham, AL 35203

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | CHTD Company | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

P.O. Box 2576

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.4 | Corporation Service Company | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

P.O. Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | Corporation Service Company | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

P.O. Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

---

including this creditor and its relative priority.

☒ Unliquidated
☒ Disputed

---

| 2.6 | Global Merchant Cash, Inc. | | | | $1.00 | $0.00 |

**Creditor's Name**

64 Beaver Street
New York, NY 10004

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.7 | Prime Alliance Bank, Inc. | | | | $1.00 | $0.00 |

**Creditor's Name**

1868 South 500 West
Woods Cross, UT 84087

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.8 | VGM Financial Services | | | | $1.00 | $0.00 |

**Creditor's Name**

1111 West San Marnan
Drive, Suite A2 West
Waterloo, IA 50701

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

| | | | |
|---|---|---|---|
| **2.9** VGM Financial Services | **Describe debtor's property that is subject to a lien** | $1.00 | $0.00 |
| Creditor's Name | | | |
| 11100 Wayzata Boulevard, Suite 700 Minnetonka, MN 55305 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☒ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☒ No | ☒ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,106,136.17 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>IOU Financial Inc.<br>600 TownPark Lane<br>Suite 100<br>Kennesaw, GA 30144 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $326,875.49 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Jeff Campora<br>33 Cedar Bluff Drive<br>Winchester, TN 37398 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,069.73 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

### Part 3:     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 345,945.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 345,945.22 |

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Space No. 05-50 at 4051 N. Pace Blvd, Pensacola, FL 32505 | |
| State the term remaining    Month to month | |
| List the contract number of any government contract | Central Mini Warehouse<br>4051 N. Pace Blvd<br>Pensacola, FL 32505 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Space No. F-3 at 4051 N. Pace Blvd., Pensacola, FL 32505 | |
| State the term remaining    Month to month | |
| List the contract number of any government contract | Central Mini Warehouse<br>4051 N. Pace Blvd<br>Pensacola, FL 32505 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Warehouse located at 1402 5th Avenue Southeast, Decatur, AL 35601 | |
| State the term remaining    June 16, 2027 | |
| List the contract number of any government contract | Dumas Properties, L.L.C.<br>1401 5th Ave SE<br>Decatur, AL 35601 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Lease of 1304 Phillips Street SW, Cleveland, TN 37311. | |
| State the term remaining    April 25, 2026 | |
| List the contract number of any government contract | Earl Maney<br>2845 Ladd Springs Road S.E.<br>Old Fort, TN 37362 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of office and showroom space located at 4929 N. Elizabeth, Pueblo, Colorado 81008 | |
|---|---|---|---|
| | State the term remaining | October 31, 2029 | |
| | List the contract number of any government contract | _____ | Headwaters Properties, LLC 1982 Aspen Cir Pueblo, CO 81006 |

Case 25-02821-TOM11    Doc 129    Filed 11/14/25    Entered 11/14/25 15:13:00    Desc
Main Document      Page 20 of 31

**Fill in this information to identify the case:**

Debtor name    Independent MedEquip, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    25-02821

☒ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☐ Operating a business<br>☒ Other   Holding company | $0.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☐ Operating a business<br>☒ Other   Holding company | $0.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☐ Operating a business<br>☒ Other   Holding company | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The President's Club, LLC v. Imedequip LLC<br>CV-2025-902394.00 | Collection | Circuit Court of Jefferson County, Alabama<br>716 Richard Arrington Jr. Boulevard<br>Birmingham, AL 35203 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Global Merchant Cash, Inc. v. Central Mobility & Rehab Equipment, LLC<br>E2025018234 | Collection | Supreme Court of the State of New York, County of Monroe<br>Monroe County Hall of Justice<br>99 Exchange Boulevard, Room 545<br>Rochester, NY 14614 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Global Merchant Cash, Inc. v. iMedEquip, LLC<br>E2025018216 | Collection | Supreme Court of the State of New York, County of Monroe<br>Monroe County Hall of Justice<br>99 Exchange Boulevard, Room 545<br>Rochester, NY 14614 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | NewCo Capital Group VI LLC v. iMedEquip, LLC<br>2025-00024779 | Collection | Supreme Court of the State of New York, County of Clinton<br>Clinton County Supreme Court<br>137 Margaret Street<br>Plattsburgh, NY 12901 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Case 25-02821-TOM11    Doc 129    Filed 11/14/25    Entered 11/14/25 15:13:00    Desc
Main Document      Page 22 of 31

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. Operations Inc. v .Independent Medical Equipment, LLC<br>FST-CV-24-60664 | Collection | State of Connecticut Superior Court<br>123 Hoyt Street<br>Stamford, CT 06905 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Client medical records

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| iMedEquip 401(k) Plan | EIN:  46-1870301 |

Has the plan been terminated?
☒ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Central Mini Warehouse<br>4051 N. Pace Blvd.<br>Space No. 05-50<br>Pensacola, FL 32505 | Morris Smith; 12576 Jesse Lane, Athens, AL 35613 | Durable Medical Equipment | ☐ No<br>☒ Yes |
| Central Mini Warehouse<br>4051 N. Pace Blvd.<br>Space No. F-3<br>Pensacola, FL 32505 | Morris Smith; 12576 Jesse Lane, Athens, AL 35613 | Durable Medical Equipment | ☐ No<br>☒ Yes |
| Dumas Properties, L.L.C.<br>1402 5th Ave SE<br>Decatur, AL 35601 | Morris Smith; 12576 Jesse Lane, Athens, AL 35613 | Durable Medical Equipment | ☐ No<br>☒ Yes |
| Early Maney<br>1304 Phillips Street SW<br>Cleveland, TN 37311 | Morris Smith; 12576 Jesse Lane, Athens, AL 35613 | Durable Medical Equipment | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Karen Wheeler, Director of Accounting<br>1201 3rd Avenue North<br>Birmingham, AL 35203 | 04/20/20-Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  Karen Wheeler, Director of Accounting<br>1201 3rd Avenue North<br>Birmingham, AL 35203 | 04/20/20-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case 25-02821-TOM11    Doc 129    Filed 11/14/25    Entered 11/14/25 15:13:00    Desc
Main Document    Page 26 of 31

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Karen Wheeler, Director of Accounting<br>1201 3rd Avenue North<br>Birmingham, AL 35203 | 04/20/20-Present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780 |
| 26d.2.   Arvest Equipment<br>75 North East Street<br>Fayetteville, AR 72701 |
| 26d.3.   Avtech Capital LLC<br>6995 Union Park Center<br>Suite 400<br>Cottonwood Heights, UT 84047 |
| 26d.4.   Balboa Capital Corporation<br>575 Anton Blvd<br>12th Floor<br>Costa Mesa, CA 92626 |
| 26d.5.   BankFinancial, NA<br>60 North Frontage Road<br>Burr Ridge, IL 60527 |
| 26d.6.   CAABE iMed Holdings LLC<br>Attn: Chadd Hodges<br>325 Cocohatchee Blvd<br>Naples, FL 34110 |
| 26d.7.   Cadence Bank<br>2100 3rd Avenue North<br>Suite 100<br>Birmingham, AL 35203 |
| 26d.8.   Channel Partners<br>11100 Wayzata Blvd.<br>Suite 305<br>Minnetonka, MN 55305 |
| 26d.9.   Credibly<br>25200 Telegraph Road<br>Suite 350<br>Southfield, MI 48033 |
| 26d.10.   De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| 26d.11.   First Citizens Bank & Trust<br>10201 Centurion Parkway North<br>Suite 100<br>Jacksonville, FL 32256 |

| | Name and address |
|---|---|
| 26d.12. | First-Citizens Bank & Trust Company<br>239 Fayetteville Street<br>Raleigh, NC 27601 |
| 26d.13. | Ford Motor Credit Corporation<br>1 American Road<br>Dearborn, MI 48126 |
| 26d.14. | FP Leasing Group Inc.<br>65 Mechanic Street<br>Suite 207<br>Red Bank, NJ 07701 |
| 26d.15. | Global Merchant Cash Inc.<br>64 Beaver Street<br>Suite 415<br>New York, NY 10004 |
| 26d.16. | INVASERV LLC<br>Austin D. Potenza, Esq.<br>May, Potenza, Baran & Gillespie PC<br>1850 North Central Avenue, 16th Floor<br>Phoenix, AZ 85004-4633 |
| 26d.17. | IOU Financial Inc.<br>600 TownPark Lane<br>Suite 100<br>Kennesaw, GA 30144 |
| 26d.18. | JB&B Capital LLC<br>P.O. Box 10068<br>Knoxville, TN 37939 |
| 26d.19. | Kalamata Capital Group NP<br>7200 Wisconsin Avenue<br>Suite 500<br>Bethesda, MD 20814 |
| 26d.20. | LEAF Capital Funding LLC<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 |
| 26d.21. | Medline Industries LP<br>1 Medline Place<br>Mundelein, IL 60060 |
| 26d.22. | Navitas Credit Corporation<br>201 Executive Drive, Suite 100<br>Columbia, SC 29210 |
| 26d.23. | NewCo Capital Group VI LLC<br>25 Robert Pitt Drive, Suite 204<br>Monsey, NY 10952 |
| 26d.24. | Nissan Motor Acceptance Corporation<br>333 Commerce Street, 7th Floor<br>Nashville, TN 37201 |
| 26d.25. | Oakwood Square Professional Building LP<br>444 Holderieth, Unit #6<br>Tomball, TX 77375 |

**Name and address**

| | |
|---|---|
| 26d.26. | OnDeck, as agent for Celtic Bank<br>4700 West Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 |
| 26d.27. | OnDeck, as agent for ODK Capital LLC<br>4700 West Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 |
| 26d.28. | Parkside Funding Group LLC<br>1615 Avenue I, Apartment 122<br>Brooklyn, NY 11230 |
| 26d.29. | Pawnee Leasing Corporation<br>3801 Automation Way, Suite 207<br>Fort Collins, CO 80525 |
| 26d.30. | Phillips Medical Capital<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| 26d.31. | PIRS Capital LLC<br>1688 Meridian Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 26d.32. | Priority Capital Partners Inc.<br>200 Summit Drive, Suite 610<br>Burlington, MA 01803 |
| 26d.33. | Raymond James Bank<br>710 Carillon Parkway<br>Saint Petersburg, FL 33716 |
| 26d.34. | Southlake Capital<br>1500 Southlake Park, Suite 250<br>Birmingham, AL 35244-3416 |
| 26d.35. | Toyota Motor Credit Corporation<br>6565 Headquarters Drive, W2-5A<br>Plano, TX 75024-5965 |
| 26d.36. | Umpqua Bank Vendor Finance<br>3455 South 344th Way, Suite 300<br>Auburn, WA 98001 |
| 26d.37. | VGM Financial Services<br>11100 Wayzata Blvd., Suite 700<br>Minnetonka, MN 55305 |
| 26d.38. | Volvo Car Financial Services LLC<br>1800 Volvo Place<br>Mahwah, NJ 07430-2032 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lonnie B. Dorcey | 3000 Oasis Grand BLVD, Apartment 3003<br>Fort Myers, FL 33916 | President and Member | 90.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chadd Hodges | 325 Cocohatchee BLVD<br>Naples, FL 34110 | Member | 10.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rob Baumhover | 1201 3rd Avenue North<br>Birmingham, AL 35203 | Chief Operating Officer | 0.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melissa Wagner | 1201 3rd Avenue North<br>Birmingham, AL 35203 | Chief Revenue Officer | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   **Signature and Declaration**

---

> **WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     November 14, 2025

/s/   Lonnie Dorcey                                    Lonnie Dorcey
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes